**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Yong Woo Choi, individually and on behalf of all others similarly situated,

                Plaintiff,

                -against-

Rausch, Sturm, Israel, Enerson & Hornik LLP d/b/a Rausch Sturm, Galaxy Asset Purchasing, LLC and Worldwide Asset Purchasing II, LLC,

                Defendant.

Docket No: 1:20-cv-857

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Yong Woo Choi, individually and on behalf of all others similarly situated.

Dated: February 18, 2020

                                        **BARSHAY SANDERS, PLLC**

                                        By:    /s *David M. Barshay*
                                        David M. Barshay, Esq.
                                        100 Garden City Plaza, Suite 500
                                        Garden City, New York 11530
                                        Tel. (516) 203-7600
                                        Email: *ConsumerRights@BarshaySanders.com*
                                        Our File No: 117810
                                        *Attorneys for Plaintiff*