UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
Yong Woo Choi, individually and on behalf
of all others similarly situated,

                          Plaintiff,

            -against-

Rausch, Sturm, Israel, Enerson &
Hornik, LLP, d/b/a Rausch Sturm,
Galaxy Asset Purchasing, LLC and
Worldwide Asset Purchasing II, LLC,

                     Defendant(s).

----------------------------------------x

**NOTICE OF APPEARANCE**

**20-CV-857**

S I R S:

      PLEASE TAKE NOTICE THAT the defendant RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLP, D/B/A RAUSCH STURM, hereby appears in the above-entitled action and that the undersigned has been retained as counsel for said defendant therein.

Dated:  February 24, 2020

                              _____
ARTHUR SANDERS, ESQ. (AS1210)
BARRON & NEWBURGER, P.C.
Attorneys for defendant Rausch,
Sturm, Israel, Enerson & Hornik
LLP, d/b/a Rausch Sturm
30 South Main Street
New City, NY 10956
845-499-2990