UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x
Yong Woo Choi, individually and on behalf
of all others similarly situated,

                Plaintiff,         **NOTICE OF APPEARANCE**

                                      20-CV-857

    -against-

Rausch, Sturm, Israel, Enerson &
Hornik, LLP, d/b/a Rausch Sturm,
Galaxy Asset Purchasing, LLC and
Worldwide Asset Purchasing II, LLC,

                Defendant(s).

------------------------------------------x

S I R S:

    PLEASE TAKE NOTICE THAT the defendant GALAXY ASSET PURCHASING, LLC, hereby appears in the above-entitled action and that the undersigned has been retained as counsel for said defendant therein.

Dated:  February 24, 2020

                                      ARTHUR SANDERS, ESQ. (AS1210)
                                      BARRON & NEWBURGER, P.C.
                                      Attorneys for defendant Galaxy
                                      Asset Purchasing, LLC
                                      30 South Main Street
                                      New City, NY 10956
                                      845-499-2990