UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------x
Yong Woo Choi, individually and on behalf
of all others similarly situated,

                       Plaintiff,          **NOTICE OF APPEARANCE**

                                                          20-CV-857

       -against-

Rausch, Sturm, Israel, Enerson &
Hornik, LLP, d/b/a Rausch Sturm,
Galaxy Asset Purchasing, LLC and
Worldwide Asset Purchasing II, LLC,

                       Defendant(s).

------------------------------------------x

S I R S:

      PLEASE TAKE NOTICE THAT the defendant WORLDWIDE ASSET PURCHASING II, LLC, hereby appears in the above-entitled action and that the undersigned has been retained as counsel for said defendant therein.

Dated: February 24, 2020

                                        _____
                                        ARTHUR SANDERS, ESQ. (AS1210)
                                        BARRON & NEWBURGER, P.C.
                                        Attorneys for defendant Worldwide Asset Purchasing II, LLC
                                        30 South Main Street
                                        New City, NY 10956
                                        845-499-2990