UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE


*143519*

Civil Action no :**20cv857**
Filed Date: **02/18/2020**
Office No: 117810

| | |
|---|---|
| Plaintiff(s): | **YONG WOO CHOI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED** |
| | -vs- |
| Defendant(s): | **RAUSCH, STURM, ISRAEL, ENERSON & HORNIK LLP D/B/A RAUSCH STURM, ET AL** |

STATE OF NEW YORK
COUNTY OF ALBANY     ss.:

**Corey Doyle**, the undersigned, being duly sworn, deposes and says: that the deponent is not a party to this action, is over 18 years of age and resides in the STATE OF NEW YORK.

On **02/25/2020** at **1:12 PM**, deponent served the within **SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE AND CLASS ACTION COMPLAINT** on **WORLDWIDE ASSET PURCHASING II, LLC B/S/U CORPORATION SERVICE COMPANY AS REGISTERED AGENT** at **80 STATE STREET, 10TH FLOOR, ALBANY, NY 12207** in the manner indicated below:

By delivering a true copy of each to and leaving with **"JANE DOE" (REFUSED NAME), LEGAL REPRESENTATIVE OF CSC, DESIGNATED AGENT** who stated he/she is duly authorized to accept legal documents.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| Female | White | Brown/Gray | 48-56 | 5Ft5In-5Ft6In | 161-180 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on 02/27/2020

Notary Public

[/] Daniel O'Leary
Notary Public, State of NY
No. 01OL6293343
Qualified in Schenectady County
Commission expires 12/09/2021

[ ] Kristen Smith
Notary Public, State of NY
No.01SM6357988
Qualified in Albany County
Commission expires 05/01/2021

[ ] Kerry Gunner
Notary Public, State of NY
No. 01GU5038710
Qualified in Albany County
Commission expires 02/06/2023

X_____
Corey Doyle
Lightning Legal Services, LLC
P. O. Box 9132
Albany, NY 12209
518.463.1049

Barshay Sanders, PLLC
100 Garden City Plaza - Fifth Floor
Garden City, NY 11530

117810
117810



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This Summons for *(name of individual and title, if any)* __WORLDWIDE ASSET PURCHASING II, LLC__
was received by me on *(date)* __2/25/2020__.

[ ] I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

[X] I served the summons on *(name of individual)* __"Jane Doe" (Refused Name)__ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
__WORLDWIDE ASSET PURCHASING II, LLC__ on *(date)* __2/25/2020__ ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __2/27/2020__

_____
*Server's signature*

Corey Doyle, Process Server
_____
*Printed name and title*

__299 Hamilton Street, Albany, NY 12210__
*Server's address*

Additional information regarding attempted service, etc:

143519