# AFFIDAVIT OF SERVICE

**STATE OF WISCONSIN**    **CIRCUIT COURT**    **COUNTY OF MILWAUKEE**

| Case: 20CV857 | Court: Milwaukee County Courthouse | County: Milwaukee, WI | Job: 4328272 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Yong Woo Choi, individually and on behalf of all other similarly situated | | **Defendant / Respondent:** Rausch, Strum, Israel, Enerson & Hornik LLP d/b/a Rausch Sturm, Galaxy Asset Purchasing, LLC and Worldwide Asset Purchasing II, LLC, | |
| **Received by:** Curtis Process Servers, LLC | | **For:** BARSHAY SANDERS, PLLC | |
| **To be served upon:** Rausch, Strum, Israel, Enerson & Hornik LLP d/b/a Rausch Sturm, Galaxy Asset Purchasing, LLC and Worldwide Asset Purchasing II, LLC, | | | |

I, Gary L. Curtis, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Rausch, Strum, Israel, Enerson & Hornik LLP d/b/a Rausch Sturm, Galaxy Asset Purchasing, LLC and Worldwide Asset Purchasing II, LLC,, 250 N Sunnyslope Road Suite 300, Brookfield, WI 53005

**Manner of Service:** Authorized, Feb 21, 2020, 2:09 pm CST

**Documents:** Summons In A Civil Action, Class Action Complaint - Jury Trial Demanded, Supporting Documents

**Additional Comments:**
1) Successful Attempt: Feb 21, 2020, 2:09 pm CST at 250 N Sunnyslope Road Suite 300, Brookfield, WI 53005 received by Rausch, Strum, Israel, Enerson & Hornik LLP d/b/a Rausch Sturm, Galaxy Asset Purchasing, LLC and Worldwide Asset Purchasing II, LLC,. Age: 40's; Ethnicity: Caucasian; Gender: Male; Weight: 180lbs; Height: 6'; Hair: Bald; Eyes: Other; Other: Eyes: glasses; Served Brandon e Bowlin, senior associate attorney

**Fees:** $57.00

_____  2-21-2020
Gary L. Curtis    Date

Curtis Process Servers, LLC
3846 W Wisconsin Ave Ste 101-102
Milwaukee, WI 53208
(414) 578-9345

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

2/21/20    2/5/24
Date    Commission Expires

State of Wisconsin    County of Milwaukee

