```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------x
Yong Woo Choi, individually and
on behalf of all those similarly
situated,                                    STIPULATION EXTENDING
                 Plaintiff,                  DEFENDANTS' TIME TO
                                             ANSWER COMPLAINT
          -against-
                                             20-CV-857
Rausch, Sturm, Israel, Enerson & Hornik,
LLP, d/b/a Rausch Sturm, Galaxy Asset
Purchasing, LLC and Worldwide Asset
Purchasing II, LLC,

                 Defendant(s).
-----------------------------------------x
```

Plaintiff, by her attorney, David M. Barshay, Esq. and defendants, by its attorney Arthur Sanders, Esq., agree as follows:

1. That defendants' time to answer the complaint is extended to April 3, 2020.

Dated: New City, NY
       March 10, 2020


BARSHAY SANDERS, PLLC                    BARRON & NEWBURGER, P.C.

_____              _____
 David M. Barshay, Esq.                   Arthur Sanders, Esq.
Attorneys for Plaintiff                  Attorneys for defendant
100 Garden City Plaza, Ste. 500          30 South Main Street
Garden City, NY  11530                   New City, NY  10956