```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
Yong Woo Choi, individually and on
Behalf of all others similarly situated,
                                              RULE 7.1 DISCLOSURE
                Plaintiff,                    20-cv-857

        -against-

Rausch, Sturm, Israel, Enerson & Hornik
LLP, d/b/a Rausch Sturm, Galaxy Asset
Purchasing, LLC and Worldwide Asset
Purchasing II, LLC

                Defendant(s).
------------------------------------x
```

Defendant WORLDWIDE ASSET PURCHASING II, LLC (Worldwide") through its attorneys, Barron & Newburger, P.C., and pursuant to 7.1(a) ad (b) of the federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states:

1. Fed. R. Civ. P. 7.1(a) provides, "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. Galaxy Asset Purchasing, LLC ("Galaxy') is the parent entity and owns more than 10% of stock in WORLDWIDE ASSET PURCHASING II, LLC. Neither Galaxy nor Worldwide is a publicly held corporation.

Dated: New City, NY

    April 6, 2020

 

_____
ARTHUR SANDERS, ESQ.
BARRON & NEWBURGER, P.C.
Attorney for defendants
Galaxy Asset Purchasing, LLC and
Worldwide Asset Purchasing II, LLC
30 South Main Street
New City, NY  10956
845-499-2990