UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
Yong Woo Choi, individually and on
Behalf of all others similarly situated,

                     Plaintiff,

     -against-

Rausch, Sturm, Israel, Enerson & Hornik
LLP, d/b/a Rausch Sturm, Galaxy Asset
Purchasing, LLC and Worldwide Asset
Purchasing II, LLC

                    Defendant(s).
----------------------------------------x

**RULE 7.1 DISCLOSURE**
20-cv-857

      Defendant, RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLP, d/b/a RAUSCH STURM, by its attorneys, Barron & Newburger, P.C., alleges that the defendant has no publicly traded parent companies.

Dated: New City, NY

     April 6, 2020

                                           _____
                                         ARTHUR SANDERS, ESQ.
                                         BARRON & NEWBURGER, P.C.
                                         Attorney for defendant
                                         Rausch, Sturm, Israel, Enerson,
                                         Hornik, LLP, d/b/a Rausch Sturm
                                         30 South Main Street
                                         New City, NY  10956
                                         845-499-2990