**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Yong Woo Choi, individually and on behalf of all others similarly situated, | Docket No: 1:20-cv-00857-KAM-VMS |
| Plaintiff, | |
| -against- | |
| Rausch, Sturm, Israel, Enerson & Hornik LLP d/b/a Rausch Sturm, Galaxy Asset Purchasing, LLC and Worldwide Asset Purchasing II, LLC, | |
| Defendant. | |



**NOW COMES** the Plaintiff(s) Yong Woo Choi, individually and on behalf of all others similarly situated, by and through counsel, to provide Notice to the Court that the present cause has been settled between the parties, and:

**WHEREFORE**, a settlement agreement ("Agreement") is in the process of being finalized, and upon payment of the settlement amount, the parties will submit a Stipulation of Voluntary Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

As such, the parties request:

1. The Court stay this case and adjourn all deadlines and conferences; and
2. The Court deny, without prejudice, any outstanding motions; and

DATED: April 16, 2020

                                          **BARSHAY SANDERS, PLLC**

                                          By: */s David M. Barshay*
                                          David M. Barshay, Esq.
                                          BARSHAY SANDERS, PLLC
                                          100 Garden City Plaza, Suite 500
                                          Garden City, New York 11530
                                          Tel: (516) 203-7600
                                          Fax: (516) 706-5055
                                          *Attorneys for Plaintiff*