UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
Yong Woo Choi, individually on
behalf of all others similarly
situated,

               Plaintiff,

      -against-                      STIPULATION OF DISMISSAL
                                                   20-CV-00857

Rausch, Sturm, Israel, Enerson &
Hornik LLP d/b/a Rausch Sturm,
Galaxy Asset Purchasing, LLC and
Worldwide Asset Purchasing II, LLC,

              Defendants.
------------------------------------x

       WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

       WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

       IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against all parties with prejudice and without costs to any party.

_____                _____
DAVID BARSHAY, ESQ.                     ARTHUR SANDERS, ESQ.
BARSHAY SANDERS, PLLC                BARRON & NEWBURGER, P.C.
100 Garden City Plaza Fifth Floor   30 South Main Street
Garden City, New York 11530        New City, New York 10956
Attorney for plaintiff                  Attorneys for defendants